IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGELA MARTIN : CIVIL ACTION
:
v. :
:
L.F. LAMBERT SPAWN CO., INC. : NO. 02-2754

**O R D E R**

      AND NOW, this 16th day of October2, 2002, it is Ordered that the Rule 16 Conference by telephone in the above captioned case is RESCHEDULED to October 31, 2002 at 4:30 p.m. Plaintiff's counsel shall initiate the telephone call. Judge McLaughlin's chambers telephone number is 267-299-7600.

ATTEST:     or    BY THE COURT

BY: _____      _____
    Carol D. James, Deputy Clerk          MARY A. McLAUGHLIN,   J.

FAXED AND MAILED 10/16/02:
   Michael Moore, Esq.
   Robin Gray, Esq.

Civ 12 (9/83)