IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA MARTIN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| L. F. LAMBERT SPAWN CO., INC. | : | NO. 02-2754 |

**O R D E R**

        AND NOW, this 1st day of November, 2002, it is Ordered that the Rule 16 Conference, by telephone, in the above captioned case is RESCHEDULED to November 19, 2002 at 4:30 p.m.

ATTEST:                                      or    BY THE COURT

BY:_____           _____
    Carol D. James, Deputy Clerk              MARY A. McLAUGHLIN,  J.

**mailed to counsel 11/1/02:**
        *Michael A. Moore, Esq.*
        *Robin J. Gray*

Civ 12 (9/83)