IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA MARTIN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| L.F. LAMBERT SPAWN CO., INC. | : | NO. 02-2754 |

**O R D E R**

AND NOW, this 31st day of January, 2003, it is Ordered that the final pretrial conference in the above captioned case is RESCHEDULED to April 29, 2003 at 4:30 p.m. TRIAL will commence on May 5, 2003.


ATTEST:                                            or    BY THE COURT


BY:_____              _____
       Carol D. James, Deputy Clerk                          MARY A. McLAUGHLIN,  J.



faxed from chambers 1/31/03:
             Robin Gray, Esq.
             Michael Moore, Esq.

Civ 12 (9/83)